# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-424
Lower Tribunal No. 19-313
_____

## Heritage Property & Casualty Insurance Company,
Appellant,

vs.

## Victor Caballero,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Kubicki Draper, and Angela C. Flowers (Ocala), for appellant.

Law Office of Lazaro Vazquez, P.A., and Lazaro Vazquez, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.